EXHIBIT A

1

2  RICHARD ALEXANDER, Cal. Bar #48432
   JEFFREY W/ RICKARD, Cal. Bar #125180
3  RYAN M. HAGAN, Cal Bar #200850
   ALEXANDER, HAWES & AUDET, LLP
4  152 North Third Street, Suite 600
   San Jose, CA 95112
5  Telephone:  (408) 289-1776
   Facsimile:  (408) 287-1776
6  **Attorneys for Plaintiff(s)**

7  RANDALL C. CREECH, Cal. Bar #65542
   CREECH, LIEBOW & KRAUS
8  333 West San Carlos Street
   Suite 1600
9  San Jose, CA  95110
   Telephone:  (408) 993-9911
10 Facsimile:  (408) 993-1335

11
   THOMAS M. CARNEY, admitted *pro hac vice*
12 CAROL A. RUTTER, admitted *pro hac vice*
   HUSCH & EPPENBERGER, LLC
13 190 Carondelet Plaza, Suite 600
   St. Louis, MO  63105-3441
14 Telephone:  (314) 480-1500
   Facsimile:  (314) 480-1505
15 **Attorneys for Defendant Olin Corporation**

16           UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION
17

18 ANTONIO SUPNET AND ROSITA          )   Case No.:  C 03-05211 RMW
   SUPNET ,                           )
19                                    )   **STIPULATION FOR DISMISSAL WITH**
              Plaintiffs,             )   **PREJUDICE OF DEFENDANT OLIN**
20                                    )   **CORPORATION BY PLAINTIFFS**
                                      )   **ANTONIO SUPNET AND ROSITA**
21 v.                                 )   **SUPNET**
                                      )
22 OLIN CORPORATION, et al.,          )
                                      )
23            Defendants.             )
                                      )
24 _____)

25
        Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiffs Antonio Supnet and Rosita Supnet  and
26
   Defendant Olin Corporation hereby request that this Court, pursuant to Fed. R. Civ. P.
27
   41(a)(2), enter an Order dismissing with prejudice all claims asserted by Plaintiffs Antonio
28

1   Supnet and Rosita Supnet  as to defendant Olin Corporation. All parties to bear their own

2   costs and legal fees incurred to date in this action.

3   Dated: **8/4/05**

4

5                                  Respectfully submitted,

6

7                                  ALEXANDER, HAWES & AUDET, LLP

8                                  By: _____

9                                       RICHARD D ALEXANDER, Cal. Bar #48432
                                        JEFFREY W/ RICKARD, Cal. Bar #125180
10                                      RYAN M. HAGAN, Cal Bar #200850
                                        152 North Third Street, Suite 600
11                                      San Jose, CA 95112
                                        Telephone:  (408) 289-1776
12                                      Facsimile:  (408) 287-1776

13                                 Attorneys for Plaintiffs Antonio Supnet and Rosita Supnet

14

15                                 HUSCH & EPPENBERGER, LLC

16

17                                 By: ____/s/ Carol A. Rutter_____
                                       THOMAS M. CARNEY, admitted *pro hac vice*
18                                     CAROL A. RUTTER, admitted *pro hac vice*
                                       190 Carondelet Plaza, Suite 600
19                                     St. Louis, MO  63105-3441
                                       Telephone:  (314) 480-1500
20                                     Facsimile:  (314) 480-1505

21                                     RANDALL C. CREECH, Cal. Bar #65542
                                       CREECH, LIEBOW & KRAUS
22                                     333 West San Carlos Street
                                       Suite 1600
23                                     San Jose, CA  95110
                                       Telephone:  (408) 993-9911
24                                     Facsimile:  (408) 993-1335

25                                 Attorneys for Defendant Olin Corporation

26

27

28

2057328.01
**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs
Antonio Supnet and Rosita Supnet  - 2**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| ANTONIO SUPNET AND ROSITA SUPNET , | ) Case No.: C 03-05211 RMW |
| | ) |
| Plaintiffs, | ) **ORDER DISMISSING WITH PREJUDICE DEFENDANT OLIN CORPORATION BY PLAINTIFFS ANTONIO SUPNET AND ROSITA SUPNET** |
| v. | ) |
| OLIN CORPORATION, et al., | ) |
| Defendants. | ) |

THIS MATTER coming on the motion of Plaintiffs Antonio Supnet and Rosita Supnet  and Defendant Olin Corporation, for an order of dismissal with prejudice against the defendant OLIN CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(2):

IT IS HEREBY ORDERED

Plaintiffs Antonio Supnet and Rosita Supnet 's claims against Defendant Olin Corporation are dismissed with prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(2). Each party shall bear their own costs and legal fees incurred to date in this action.

SO ORDERED:

AUG 1 1 2005   *Ronald M. Whyte*

---

2057328.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs Antonio Supnet and Rosita Supnet  - 3**
